Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation                    1:06-md-1789 (JFK)

-----------------------------------------------------x
*This Document Relates to:*                              **NOTICE OF APPEARANCE**

*Abelson*, 1:07-cv-931-JFK

*Ahles*, 1:07-cv-6263-JFK

*Alexander, Jennifer*, 1:07-cv-10951-JFK

*Alexander, Miogene*, 1:07-cv-6757-JFK

*Allen*, 1:06-cv-9452-JFK

*Aloia*, 1:07-cv-2606-JFK

*Anderson, Linda*, 1:07-cv-8041-JFK

*Anderson, Nancy*, 1:07-cv-9485-JFK

*Arce*, 1:07-cv-7871-JFK

*Arcemont*, 1:07-cv-2389-JFK

*Arrington*, 1:07-cv-2739-JFK

*Attard*, 1:06-cv-13440-JFK

*Augustus*, 1:07-cv-3515-JFK

*Avery*, 1:07-cv-8033-JFK

*Bahosh*, 1:07-cv-6737-JFK

*Bailey*, 1:07-cv-7731-JFK

*Baker, Ruth*, 1:07-cv-775-JFK

*Baker, Vivian*,1:07-cv-6746-JFK

*Ballance*, 1:07-cv-5937-JFK

*Baltz,* 1:07-cv-9740-JFK

*Bard*, 1:07-cv-7212-JFK

*Barrilleaux*, 1:07-cv-6758-JFK

*Baskette*, 1:07-cv-2819-JFK

*Baum*, 1:07-cv-8796-JFK

*Bee*, 1:07-cv-1201-JFK

*Bergeson*, 1:06-cv-9454-JFK

*Bermudez*, 1:06-cv-13399-JFK

*Bogard*, 1:07-cv-3295-JFK

*Boles, Emma*, 1:06-cv-11330-JFK

*Boles, Shirley*, 1:06-cv-9455-JFK

*Boniol,* 1:06-cv-12968-JFK

*Boswell,* 1:07-cv-6759-JFK

*Bradford*, 1:07-cv-477-JFK

*Braswell*, 1:07-cv-1413-JFK

*Bridge*, 1:07-cv-6738-JFK

*Brimer*, 1:07-cv-6850-JFK

*Brodin*, 1:07-cv-3466-JFK

*Bronnie*, 1:07-cv-3248-JFK

*Brown, Alice*, 1:07-cv-854-JFK

*Brown, Valerie*, 1:07-cv-5770-JFK

*Bruce*, 1:07-cv-3865-JFK

*Bujdoso*, 1:07-cv-9480-JFK

*Burg*, 1:07-cv-1420-JFK

*Burgess, Jacqueline*, 1:07-cv-7689-JFK

2

*Burgess, Mary Ruth*, 1:07-cv-10361-JFK

*Burlingame*, 1:07-cv-10508-JFK

*Burr*, 1:07-cv-7010-JFK

*Burt*, 1:06-cv-368-JFK

*Butler*, 1:07-cv-6756-JFK

*Butterworth*, 1:07-cv-10650-JFK

*Cain*, 1:07-cv-3864-JFK

*Callaway*, 1:07-cv-6883-JFK

*Carpenter*, 1:07-cv-3464-JFK

*Carter*, 1:07-cv-3081-JFK

*Casteel*, 1:07-cv-2821-JFK

*Chadirjian*, 1:06-cv-11343-JFK

*Cherry*, 1:06-cv-6151-JFK

*Chouinard*, 1:07-cv-8327-JFK

*Christensen*, 1:07-cv-7053-JFK

*Clayton*, 1:07-cv-1321-JFK

*Click*, 1:07-cv-9559-JFK

*Clinton*, 1:07-cv-6236-JFK

*Cohn*, 1:06-cv-11454-JFK

*Conn*, 1:06-cv-10203-JFK

*Cooper*, 1:07-cv-9710-JFK

*Crittenden*, 1:07-cv-7365-JFK

*Crochiere*, 1:07-cv-6749-JFK

*Cuthbert*, 1:06-cv-387-JFK

*Daniels*, 1:07-cv-6879-JFK

*Daroff*, 1:07-cv-3462-JFK

*Davids*, 1:06-cv-13401-JFK

*Davis*, 1:06-cv-9461-JFK

*Dawson*, 1:07-cv-6743-JFK

*De La Feunte*, 1:06-cv-3131-JFK

*Delancey*, 1:07-cv-7367-JFK

*Demsky*, 1:07-cv-9479-JFK

*DeVito*, 1:07-cv-7988-JFK

*DeVivo*, 1:06-cv-4107-JFK

*Dillahunt*, 1:07-cv-11136-JFK

*Doneson*, 1:07-cv-6264-JFK

*Dorfman*, 1:06-cv-14239-JFK

*Dwyer*, 1:07-cv-8731-JFK

*Eades*, 1:07-cv-9519-JFK

*Edwards*, 1:06-cv-6293-JFK

*Ehrensing*, 1:07-cv-929-JFK

*Eleccion*, 1:07-cv-8109-JFK

*Elliot*, 1:07-cv-7055-JFK

*Ellis*, 1:07-cv-2023-JFK

*Evans*, 1:06-cv-979-JFK

*Evans*, 1:07-cv-7289-JFK

*Fasolino*, 1:07-cv-9881-JFK

*Felgenhauer*, 1:07-cv-7611-JFK

*Ferraro*, 1:07-cv-3294-JFK

*Feuerwerker*, 1:07-cv-9882-JFK

*Finch*, 1:07-cv-9481-JFK

*Fink*, 1:07-cv-6740-JFK

*Fleming, Bessie*, 1:06-cv-7631-JFK

*Fleming, Edward*, 1:06-cv-5085-JFK

*Flores*, 1:07-cv-2442-JFK

*Forbes*, 1:06-cv-13224-JFK

*Forman*, 1:06-cv-13398-JFK

*Forsling*, 1:07-cv-7614-JFK

*Franklin*, 1:07-cv-8798-JFK

*French*, 1:07-cv-9330-JFK

*Fruscione*, 1:07-cv-9334-JFK

*Fuller*, 1:07-cv-6398-JFK

*Gibson*, 1:07-cv-3703-JFK

*Giebel*, 1:07-cv-9880-JFK

*Goins*, 1:07-cv-3866-JFK

*Goldfarb*, 1:07-cv-3791-JFK

*Goss*, 1:07-cv-7290-JFK

*Gottesfeld*, 1:06-cv-3816-JFK

*Goya*, 1:07-cv-3296-JFK

*Graham*, 1:07-cv-7990-JFK

*Graves*, 1:06-cv-5513-JFK

*Green, Katharine*, 1:07-cv-6720-JFK

*Green, Sandra*, 1:07-cv-7612-JFK

*Green, Victoria*, 1:07-cv-2853-JFK

*Greene, Karen*, 1:06-cv-5088-JFK

*Greene, Ronna*, 1:06-cv-9449-JFK

*Grizzell*, 1:06-cv-9459-JFK

*Grizzle*, 1:06-cv-366-JFK

*Groner*, 1:06-cv-11455-JFK

*Gross*, 1:07-cv-1318-JFK

*Grovom*, 1:07-cv-8151-JFK

*Guetter*, 1:08-cv-310-JFK

*Gulley*, 1:07-cv-7352-JFK

*Guyant*, 1:07-cv-10471-JFK

*Hall*, 1:07-cv-3467-JFK

*Hamilton*, 1:07-cv-7278-JFK

*Hammond*, 1:07-cv-354-JFK

*Hanna, Geraldine*, 1:07-cv-7452-JFK

*Hanna, Nasima*, 1:07-cv-6810-JFK

*Hanne*, 1:07-cv-8477-JFK

*Hardy*, 1:07-cv-797-JFK

*Harrison*, 1:06-cv-365-JFK

*Harth*, 1:06-cv-361-JFK

*Hathaway*, 1:06-cv-10683-JFK

*Hatton*, 1:07-cv-1772-JFK

*Hayes*, 1:07-cv-6881-JFK

*Henneken*, 1:06-cv-14240-JFK

*Hennrich*, 1:06-cv-2274-JFK

*Hester*, 1:06-cv-9450-JFK

*Hibbins*, 1:08-cv-311-JFK

*Highet*, 1:07-cv-9477-JFK

*Hill, Carolyn*, 1:07-cv-9245-JFK

*Hill, Elaine*, 1:07-cv-10438-JFK

*Hill, Marilyn*, 1:07-cv-7293-JFK

*Hines*, 1:07-cv-480-JFK

*Hinton*, 1:07-cv-6885-JFK

*Hogan*, 1:07-cv-9819-JFK

*Horton*, 1:07-cv-9482-JFK

*House*, 1:07-cv-6787-JFK

*Howell*, 1:07-cv-6332-JFK

*Huffman*, 1:06-cv-14238-JFK

*Huffstetler*, 1:07-cv-6739-JFK

*Hussmann*, 1:07-cv-7613-JFK

*Jackson*, 1:07-cv-2958-JFK

*Jacobsen*, 1:07-cv-2608-JFK

*Johnson, Benzena*, 1:07-cv-7363-JFK

*Johnson, Beverly*, 1:07-cv-2219-JFK

*Johnson, Janice*, 1:07-cv-1421-JFK

*Johnston*, 1:07-cv-951-JFK

*Jones*, 1:07-cv-6878-JFK

*Kenig*, 1:07-cv-478-JFK

*Kennedy*, 1:07-cv-6613-JFK

*Kincaid*, 1:06-cv-3815-JFK

*Kirkpatrick*, 1:07-cv-6126-JFK

*Klabo*, 1:07-cv-7288-JFK

*Kligerman*, 1:06-cv-5515-JFK

*Knott*, 1:07-cv-6741-JFK

*LaLone*, 1:07-cv-9712-JFK

*Lamkin*, 1:07-cv-6760-JFK

*Larson*, 1:07-cv-7697-JFK

*Laughlin*, 1:07-cv-3827-JFK

*Lee*, 1:07-cv-3248-JFK

*Levin*, 1:07-cv-7364-JFK

*Lewis*, 1:07-cv-6860-JFK

*Lieberman*, 1:06-cv-13757-JFK

*Limp*, 1:06-cv-5516-JFK

*Lindeberg*, 1:07-cv-9609-JFK

*Lovejoy*, 1:07-cv-7917-JFK

*Lowell*, 1:06-cv-3130-JFK

*Mack*, 1:07-cv-6736-JFK

*Mackay*, 1:07-cv-6754-JFK

*Macker*, 1:07-cv-3930-JFK

*Mahanay*, 1:07-cv-7291-JFK

*Mahuron*, 1:07-cv-7298-JFK

*Maley*, 1:06-cv-4110-JFK

*Malott*, 1:07-cv-9645-JFK

*Martin, Brad*, 1:07-cv-1758-JFK

*Martin, Franz*, 1:07-cv-9483-JFK

*Martinez-Ayala*, 1:07-cv-4755-JFK

*Mason*, 1:07-2151-JFK

*Mathews*, 1:07-cv-1202-JFK

*Matsil*, 1:07-cv-2858-JFK

*Maya*, 1:06-cv-5519-JFK

*Mayfield*, 1:07-cv-6174-JFK

*Mays*, 1:07-cv-5549-JFK

60185536_1.DOC

*McClain*, 1:07-cv-8043-JFK

*McClellan*, 1:06-cv-8300-JFK

*McCormick*, 1:07-cv-6761-JFK

*McKay*, 1:07-cv-7057-JFK

*Meikenhous*, 1:07-cv-3863-JFK

*Menge*, 1:08-cv-309-JFK

*Mercer*, 1:07-cv-7901-JFK

*Merwin*, 1:07-cv-3463-JFK

*Metcalf*, 1:07-cv-7299-JFK

*Mihalak*, 1:07-cv-6615-JFK

*Miller, Barbara Anne*, 1:06-cv-5087-JFK

*Miller, Bobby*, 1:07-cv-9561-JFK

*Miller, Martha*, 1:08-cv-308-JFK

*Miller, Ruby*, 1:07-cv-6748-JFK

*Miltenberger*, 1:07-cv-10362-JFK

*Mintz*, 1:07-cv-716-JFK

*Mione*, 1:07-cv-2956-JFK

*Monday*, 1:07-cv-6752-JFK

*Moore, Robbie*, 1:07-cv-0598-JFK

*Moore, Sherri*, 1:06-cv-3814-JFK

*Moore, Shirley*, 1:07-cv-6747-JFK

*Moorman*, 1:07-cv-7989-JFK

*Morris*, 1:07-cv-1320-JFK

*Morrison*, 1:07-cv-6922-JFK

*Moyer*, 1:07-cv-7987-JFK

*Mueller*, 1:07-cv-4857-JFK

*Murphy, Barbara*, 1:07-cv-6397-JFK

*Murphy, Greta*, 1:07-cv-1946-JFK

*Myers*, 1:07-cv-7857-JFK

*Napier*, 1:06-cv-9451-JFK

*Nelson, Emma*, 1:07-cv-6753-JFK

*Nelson, Jane*, 1:07-cv-9333-JFK

*Newton*, 1:07-cv-10523-JFK

*Noble*, 1:07-cv-6330-JFK

*Oakley*, 1:07-cv-3652-JFK

*Oldenhof*, 1:07-cv-5588-JFK

*O'Leary*, 1:07-cv-7427-JFK

*Olstad*, 1:07-cv-9331-JFK

*Ondreas*, 1:07-cv-6859-JFK

*Parslow*, 1:07-cv-3465-JFK

*Pauling-Jones*, 1:07-cv-6427-JFK

*Pfeiffer*, 1:07-cv-6884-JFK

*Plunkett*, 1:06-cv-13754-JFK

*Plyler*, 1:07-cv-6744-JFK

*Polanchek*, 1:07-cv-7142-JFK

*Porter*, 1:07-cv-790-JFK

*Potgieter*, 1:07-cv-5938-JFK

*Potter*, 1:07-cv-9816-JFK

*Prater*, 1:07-cv-717-JFK

*Preston*, 1:07-cv-7276-JFK

*Prestridge*, 1:07-cv-8111-JFK

*Purdy*, 1:06-cv-12969-JFK

*Raines*, 1:07-cv-2022-JFK

*Raisor*, 1:06-cv-7630-JFK

*Ramos*, 1:07-cv-3939-JFK

*Rattner*, 1:06-cv-14236-JFK

*Recck*, 1:07-cv-7009-JFK

*Redford*, 1:07-cv-2953-JFK

*Reinhardt*, 1:07-cv-5936-JFK

*Resutek*, 1:07-cv-6329-JFK

*Reyes-Hernandez*, 1:07-cv-4756-JFK

*Rhyne*, 1:06-cv-9460-JFK

60185536_1.DOC

*Richardson*, 1:06-cv-9458-JFK

*Rivera*, 1:07-cv-6742-JFK

*Robertson*, 1:07-cv-3517-JFK

*Robinson*, 1:07-cv-6826-JFK

*Roddy*, 1:07-cv-6173-JFK

*Rodriguez-Saenz*, 1:07-cv-9332-JFK

*Rondeau*, 1:07-cv-2153-JFK

*Ronsonet*, 1:07-cv-3653-JFK

*Rothleder*, 1:07-cv-9817-JFK

*Roy*, 1:07-cv-9335-JFK

*Rullan-Fontanet*, 1:07-cv-4757-JFK

*Rush*, 1:07-cv-10952-JFK

*Sambrano*, 1:07-cv-7296-JFK

*Sanders, Darlene*, 1:07-cv-7688-JFK

*Sanders, Evelyn*, 1:07-cv-6751-JFK

*Sargent*, 1:06-cv-5086-JFK

*Schatzberg*, 1:07-cv-2859-JFK

*Schlam*, 1:07-cv-11435-JFK

*Schuell*, 1:06-cv-14241-JFK

*Sciglimpaglia*, 1:07-cv-8732-JFK

*Scott*, 1:07-cv-3516-JFK

*Secrest*, 1:06-cv-6292-JFK

*Seguin*, 1:07-cv-7409-JFK

*Sharp*, 1:07-cv-7081-JFK

*Sheppard*, 1:07-cv-6614-JFK

*Short*, 1:07-cv-3514-JFK

*Sickler*, 1:07-cv-1760-JFK

*Silverman*, 1:07-cv-4644-JFK

*Singer*, 1:07-cv-3862-JFK

*Sizelove*, 1:07-cv-3459-JFK

*Sklute*, 1:07-cv-3461-JFK

*Sloan*, 1:07-cv-6182-JFK

*Smith, Carrie*, 1:07-cv-9564-JFK

*Smith, Cecilia*, 1:07-cv-9484-JFK

*Smith, Martin*, 1:07-cv-8108-JFK

*Smith, Maureen*, 1:07-cv-6755-JFK

*Smith, Ruby Lee*, 1:07-cv-9739-JFK

*Sorbo*, 1:07-cv-6880-JFK

*Spiegel*, 1:07-cv-2868-JFK

*Spiese*, 1:06-cv-5084-JFK

*Stanton*, 1:07-cv-8239-JFK

*Startt*, 1:06-cv-6294-JFK

*Stauffer*, 1:07-cv-6750-JFK

*Steinforth*, 1:07-cv-7474-JFK

*Stephan*, 1:07-cv-2671-JFK

*Stephens*, 1:06-cv-9457-JFK

*Stroup*, 1:07-cv-7297-JFK

*Sykes*, 1:07-cv-1412-JFK

*Taylor, Priscilla*, 1:07-cv-2152-JFK

*Taylor, Rumell*, 1:06-cv-13542-JFK

*Thompson*, 1:07-cv-4855-JFK

*Thomson*, 1:06-cv-3813-JFK

*Tobias*, 1:06-cv-13400-JFK

*Todd*, 1:07-cv-8475-JFK

*Toelke*, 1:06-cv-7629-JFK

*Tomasiak*, 1:07-cv-8038-JFK

*Toppen*, 1:07-cv-7902-JFK

*Toups*, 1:07-cv-2820-JFK

*Trahan*, 1:06-cv-9456-JFK

*Traylor*, 1:07-cv-2789-JFK

*Tucker, Charles*, 1:07-cv-6745-JFK

*Tucker, Kim*, 1:06-cv-11456-JFK

11

*Turkisher*, 1:06-cv-5521-JFK

*Underwood*, 1:07-cv-7353-JFK

*Unruh*, 1:07-cv-7294-JFK

*Valiente*, 1:06-cv-15449-JFK

*Vandercar*, 1:06-cv-11329-JFK

*Vasquez*, 1:07-cv-7295-JFK

*Vizena*, 1:07-cv-7497-JFK

*Wade*, 1:06-cv-9453-JFK

*Waguespack*, 1:07-cv-3102-JFK

*Walla*, 1:07-cv-3792-JFK

*Watkins*, 1:07-cv-6328-JFK

*Wheeler*, 1:07-cv-2154-JFK

*White, Ethel*, 1:07-cv-6882-JFK

*White, Kenneth*, 1:07-cv-1319-JFK

*Wilcox*, 1:07-cv-6612-JFK

*Williams, Maria*, 1:07-cv-8795-JFK

*Williams, Richard*, 1:06-cv-11493-JFK

*Wilson, Carmen*, 1:07-cv-5935-JFK

*Wilson, Welloyn*, 1:07-cv-7220-JFK

*Wise*, 1:07-cv-7473-JFK

*Wolfe*, 1:06-cv-6295-JFK

*Wood, Olga*, 1:07-cv-8110-JFK

*Wood, Vivian*, 1:07-cv-6981-JFK

*Wooten*, 1:07-cv-7792-JFK

*Young*, 1:06-cv-13541-JFK

60185536_1.DOC

*Zednick*, 1:07-cv-9717-JFK

----------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of

record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.


Dated: January 31, 2008
     New York, New York                  Respectfully submitted,


                            By:_____/s/_____
                              Paul F. Strain


                              Venable LLP
                              Two Hopkins Plaza
                              1800 Mercantile Bank & Trust Bldg
                              Baltimore, MD 21201
                              (410)-244-7717
                              Fax: (410)-244-7742
                              Email: pfstrain@venable.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

/s/

Paul F. Strain

Venable LLP
Two Hopkins Plaza
1800 Mercantile Bank & Trust Bldg
Baltimore, MD 21201
(410)-244-7717
Fax: (410)-244-7742
Email: pfstrain@venable.com